IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-113-04 |
| | * | |
| TIMOTHY DALE REID | * | |

**O R D E R**

On October 20, 2021, this Court sentenced Defendant Timothy Dale Reid upon his plea of guilty to possession of a stolen firearm to serve 78 months imprisonment followed by three years of supervised release. With respect to his custodial sentence, the Judgment and Commitment Order states that the 78 months should be "served concurrently with any term of imprisonment imposed in the related Columbia County and Richmond County cases." (Doc. 337, at 2.)

At present, Defendant has filed a motion for clarification of his federal sentence, specifically asking the Court to "expedite" a statement of intent on whether the federal sentence is to run concurrently with his state sentence. (Doc. 403.) Because, however, the Judgment and Commitment Order unequivocally states the Court's intentions, Defendant's motion is **DENIED AS MOOT.**

To the extent the Bureau of Prisons ("BOP") has improperly calculated the length of Defendant's federal incarceration because of a failure to consider the Court's statement of intent in the Judgment and Commitment Order, any judicial challenge thereto must be brought under 28 U.S.C. § 2241, after exhaustion of administrative remedies, in the district of *confinement* rather than in the sentencing court. Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991); see also United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000) ("A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies."). Accordingly, to the extent Defendant wishes to challenge the BOP's federal sentence calculation, he must file his § 2241 petition in the Middle District of Florida, which has territorial jurisdiction over the facility in which Defendant is presently incarcerated.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA