IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA        *
                                *
        v.                      *       CR 119-113-04
                                *
TIMOTHY DALE REID               *


O R D E R


By Order of August 28, 2025, the Court iterated that Defendant Timothy Dale Reid's federal custodial sentence in this case should be "served concurrently with any term of imprisonment imposed in the **related** Columbia County and Richmond County cases." (Doc. 405, at 1 (quoting the Judgment and Commitment Order (emphasis added).) Recently, Defendant contacted the Court by letter, seeking reiteration to the Bureau of Prisons ("BOP") on the issue of concurrency. According to Defendant, the federal sentencing court has informed the BOP that his federal sentence is to be run consecutive to a state sentence.

Importantly, neither this Court nor the United States Probation Office in this district has had any communication with the BOP related to sentence calculation other than the written word in the Judgment and Commitment Order and the Order of August 28, 2025. Upon information obtained by the United States Probation

Office, it appears Defendant was subsequently charged and convicted by the Richmond County Superior Court to serve three years confinement in an **unrelated** case. While part of that state case involved possession of a firearm by a convicted felon, it is not the same firearm involved in the offense of conviction in this federal case.

The Court does not involve itself in the BOP's calculation of a federal sentence unless an offender files a successful petition under 28 U.S.C. § 2241. The Court has informed Defendant about this process. The Court has made clear its intent with respect to the concurrency of the instant federal sentence to **related** state cases.[1] To the extent that Defendant seeks something more than this stated intent, Defendant's second motion to clarify sentence (doc. 411) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of July, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The United States Probation Office relates that the two related state cases have not been prosecuted by the State.

2